THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONIA LIM, surviving spouse of EDUARDO LIM, and for the marital community comprised thereof,<br><br>　　　　　Plaintiff,<br>　v.<br><br>FRANCISCAN HEALTH SYSTEMS, a corporation doing business in Washington and CATHOLIC HEALTH INITIATIVES, a corporation doing business in Washington,<br><br>　　　　　Defendants. | Case No. 3:06-cv-05191-FDB<br><br><br><br>**ORDER GRANTING MOTION TO SEAL CERTAIN DOCUMENTS** |

THIS MATTER came before the Court on the Motion of Defendants Franciscan Health Services and Catholic Health Initiatives (collectively, "Franciscan" or "FHS") for an Order to File Certain Documents Under Seal. The Court, having reviewed the Motion, Plaintiff's opposition (if any), and Franciscan's reply (if any), hereby rules as follows:

　　1.　Plaintiff's Motion for an Order to File Certain Documents Under Seal is GRANTED.

　　2.　The Court directs the clerk to file under seal, Exhibits B and C to the Declaration of Ronald J. Breeden in Support of Defendants' Motion for Summary Judgment.

DATED this 9th day of February, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Order Presented by:
STOEL RIVES LLP

By _____
    Keelin A. Curran, WSBA #16258
    Theresa A. Briscoe, WSBA #34384
    Attorneys for Defendant

[PROPOSED] ORDER GRANTING MOTION
TO SEAL CERTAIN DOCUMENTS - 2

Seattle-3355256.1 0027797-00132