**United States District Court**
WESTERN DISTRICT OF WASHINGTON

SONIA LIM, surviving spouse of EDUARDO LIM, and for the marital community comprised thereof,

          Plaintiffs,

          v.

FRANCISCAN HEALTH SYSTEMS, a corporation doing business in Washington and CATHOLIC HEALTH INITIATIVES, a corporation doing business in Washington,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5191FDB

☐ **Jury Verdict**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court**  This action came on before the Court on motion for summary judgment. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's case is dismissed in its entirety, with prejudice.

DATE: March 13, 2007

BRUCE RIFKIN
Clerk

/*s/ Rhonda Miller*
(By) Deputy Clerk